FILE COPY

No. 07-14-00305-CR

| | | |
|---|---|---|
| Rodolfo Luna<br>  Appellant | § | From the 242nd District Court of<br>  Swisher County |
| | § | |
| v. | | January 12, 2015 |
| | § | |
| The State of Texas | | Opinion by Chief Justice Quinn |
|   Appellee | § | |

## J U D G M E N T

Pursuant to the opinion of the Court dated January 12, 2015, it is ordered, adjudged and decreed that the judgment of the trial court be affirmed.

Inasmuch as this is an appeal *in forma pauperis*, no costs beyond those that have been paid are adjudged.

It is further ordered that this decision be certified below for observance.

o O o